# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:08-cv-00390-FDW

| | |
|---|---|
| MOTEL 6 OPERATING, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE |
| ) | |
| GASTON COUNTY, NORTH ) | |
| CAROLINA, et al., ) | |
| ) | |
| Defendants. ) | |

TAKE NOTICE that this matter has been set for hearing on Defendant's Motion for Preliminary Injunction (Doc. Nos. 2, 24) to be held at **9:00 a.m.** on **October 14, 2008**, in the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments will be limited to one hour per side.

IT IS SO ORDERED.    Signed: September 29, 2008

Frank D. Whitney
United States District Judge