# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

**DOCKET NO. 3:08-cv-00390-FDW**

| | | |
|---|---|---|
| **MOTEL 6 OPERATING, L.P.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **NOTICE** |
| | ) | |
| **GASTON COUNTY, NORTH CAROLINA et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

TAKE NOTICE that this matter has been set for hearing on Defendants' Motions for Summary Judgment (Doc. Nos. 75, 80) to be held at **9:00 a.m.** on **April 9, 2009**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments will be limited to fifteen (15) minutes per side. The parties should also be prepared to update the Court as to the status of the parties' settlement discussions. Counsel are directed to have their clients or representatives with settlement authority either present in the courtroom or readily available by telephone at the time of the hearing.

IT IS SO ORDERED.                    Signed: March 9, 2009

_____
Frank D. Whitney
United States District Judge