# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**DOCKET NO. 3:08-cv-390-FDW**

| | |
|---|---|
| **MOTEL 6 OPERATING, L.P.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **GASTON COUNTY, NORTH CAROLINA et al.,** ) | |
| ) | |
| **Defendants.** ) | |

THIS MATTER comes now before the Court upon Plaintiff and Defense counsels' communication to Chambers that a settlement has been reached. This case is therefore DISMISSED subject to the right of either party to file a motion to reopen the case should settlement not be consummated within thirty (30) days hereof. The parties are directed to file their Stipulation of Dismissal on or before **August 24, 2009**.

IT IS SO ORDERED.   Signed: July 22, 2009

Frank D. Whitney
United States District Judge